IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brad Alonzo Bradford,  :
                           :
       Plaintiff(s),   :
                           :   Case Number: 1:13cv909
   vs.                     :
                           :   Chief Judge Susan J. Dlott
Butler County Sheriff,  :
                           :
       Defendant(s).   :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 23, 2013 a Report and Recommendation (Doc. 5).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 10) and the defendant filed a response to the objections (Doc. 13).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, the complaint is **DISMISSED** for failure to state a claim upon which relief is granted to the extent that (1) plaintiff has named Butler County Sheriff Richard K. Jones and Butler County Jail "Warden" Nick Fisher as defendants; and (2) plaintiff alleges claims sounding in "negligence" against the remaining defendants.  See 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

      IT IS SO ORDERED.


                                                ___s/Susan J. Dlott_____
                                                Chief Judge Susan J. Dlott
                                                United States District Court