IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Brad Alonzo Bradford, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv909 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Butler County Sheriff, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on April 21, 2014 (Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 8, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's case is **DISMISSED** with prejudice for lack of prosecution.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Court's order will not be taken in good faith. *See McGore v. Wrigglewsorth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court